**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **SUSIE LUERA,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:17-cv-02066** |
| | § | |
| **ALLSTATE TEXAS LLOYD'S,** | § | |
| | § | |
| *Defendant.* | § | **JURY** |

---

**NOTICE OF DEATH OF A PLAINTIFF**

---

TO THE HONORABLE JUDGE OF SAID COURT:

 COMES NOW Plaintiff's Counsel and notifies the Court of the death of Plaintiff SUSIE

LUERA.

     Respectfully submitted,

     **THE CORONA LAW FIRM, PLLC**


     By: _/s/ Jesse S. Corona_

     Jesse S. Corona
     Texas Bar No. 24082184
     Southern District Bar No. 2239270
     12807 Haynes Road, Bldg. E
     Houston, Texas 77066
     Telephone: (281) 882-3531
     Facsimile:  (713) 678-0613
     Jesse@theCoronaLawfirm.com

     **ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this the 15th day of February 2018, a true and correct copy of the foregoing document was served on all counsel of record, pursuant to the Federal Rules of Civil Procedure as follows:

Mr. Roger D. Higgins                                 ***<u>Via Federal ECF</u>***
Ms. Marilyn S. Cayce
THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas
700 North Pearl Street
Twenty-Fifth Floor
Dallas, Texas 75201
Telephone: (214) 871-8700
Facsimile:  (214) 871-8209
rhiggins@thompsoncoe.com
mcayce@thompsoncoe.com

By: */s/ Jesse S. Corona*
      Jesse S. Corona