United States District Court
Southern District of Texas
ENTERED
March 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Cynthia Martinez, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-17-2066 |
| Allstate Texas Lloyd's, | § § § | |
| Defendant. | § | |

## Conditional Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice.

2. By April 10, 2020, the parties may move for reinstatement.

Signed March __16__, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge