United States District Court
Southern District of Texas
**ENTERED**
April 15, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Cynthia Martinez, | § | |
| Plaintiff, | § § § | |
| *versus* | § § | Civil Action H-17-2066 |
| Allstate Texas Lloyd's, | § § § | |
| Defendant. | § | |

### Final Dismissal

Neither party having moved for reinstatement, this case is dismissed with prejudice.

Signed on April 15, 2020, at Houston, Texas.

*/s/ Lynn N. Hughes*
Lynn N. Hughes   USDJ
United States District Judge